UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


08-30

UNITED STATES v. MARCKESE STEWART

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. MARCKESE STEWART, / SBI#:150812C, is now confined to Southwoods State Prison.

2. MARCKESE STEWART, 7 SBI#: **150812C** will be required at the United States Court House in Newark, New Jersey before the Hon. Stanley R. Chesler, U.S. District Judge, on Monday, May 9, 2011, at 11:00 am, for a Plea Hearing, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: May 2, 2011
Newark, NJ

_____
Melissa Jampol, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 5/3/2011

_____
Hon. Stanley R. Chesler, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Southwoods State Prison
WE COMMAND YOU that you have the body of

MARCKESE STEWART, 7 SBI#:**150812C**

now confined at the Southwoods State Prison, brought before the United States District Court, before the Hon. Stanley R. Chesler, U.S. District Judge, on Monday, May 9, 2011, at 11:00 am, for a Plea Hearing.

WITNESS the Hon. Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 5/3/2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per _____
Deputy Clerk